

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00651-CV

Nikolaj **ZBIKOWSKI**,
Appellant

v.

Sean **FLUEGGE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-13055
Honorable Kevin Henderson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, we MODIFY the protective order on page one by removing "a. Stasia Zbikowski" from under the heading labeled: "3. And/or on Behalf of Minor Family Members/Protected Person(s) (Provide the name for each minor added)" and placing it under the heading labeled: "4. And/or on Behalf of Other (Protected Person(s) (Provide the name for each person added)[.]" We further MODIFY the protective order on page five, by deleting the "X" in the box and leaving the box blank in the heading labeled: "1) Additional Finding – Credible Threat[.]"

The trial court's protective order is AFFIRMED AS MODIFIED. Costs of appeal are not assessed against appellant Nikolaj Zbikowski because he qualifies as indigent.

SIGNED December 10, 2025.

_____
Irene Rios, Justice